# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **In re:** | **Chapter 7** |
| Eduardo Martinez | **Case No. 10 B 46051** |
| Debtor. | **Hon. Jack B. Schmetterer** |

## NOTICE OF MOTION

**To:**  See attached Service List

PLEASE TAKE NOTICE that on **September 27, 2011 at 10:00 a.m.,** we will appear before the Honorable Jack B. Schmetterer, Courtroom 682, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present our **Application of Special Personal Injury Counsel Ian Zenziper of Goldberg Weisman & Cairo Ltd. for Final Compensation and Expense Reimbursement,** a copy of which is attached hereto.

Date: August 31, 2011

**David P. Leibowitz, not individually, but as the chapter 7 trustee of the Debtor's estate**

By: */s/ David P. Leibowitz*
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

## CERTIFICATE OF SERVICE

On August 31, 2011, the undersigned, certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by first class United States Mail, with postage prepaid, at Waukegan, Illinois.  Those marked with an * were served via CM/ECF, the Court's electronic notification system.

*/s/ Aquanda S. Thomas*
Paralegal

## Service List

American Infosourse LP as agent for
Check N Go
P.O. Box 248838
Oklahoma City, OK 73124-8838

Cash Jar
P.O. Box 025250 #15050
Miami, FL 33102-5250

Dept of Education/neln
121 S. 13th Street
Lincoln, NE 68508-1904

Fed Loan Serv
P.O. Box 69184
Harrisburg, PA 17106-9184

Las Vegas Cash Now
11 S. Water Street, Suite A
Henderson, NV 89015-2333

Liberty Credit Services
7668 150th St. West
Saint Paul, MN 55124-7193

PLS
1617 N. Cicero Ave. #A
Chicago, IL 60639-4519

SSM Group LLC
P.O. Box 50191
Minneapolis, MN 55405-0191

Star Cash Processing
P.O. Box 50191
Minneapolis, MN 55405-0191

US Dept of Education
Attn: Borrowers Service Dept
P.O. Box 5609
Greenville, TX 75403-5609

500 Fast Cash
2533 N. Carson St., Box 5600
Carson City, NV 89706-0242

Americash Loan
7640 S. Cicero
Chicago, IL 60629

Cashnet
333 Naamans Road #15A
Claymont, DE 19703-2808

Enhanced Recovery Co. L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

GECC DBA Cash Direct Express
Alliance Asst Management
Wood Dale, IL 60191

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

Eduardo Martinez
2716 N. St. Louis Ave.
Chicago, IL 60647-1229

Payday One
P.O. Box 101842
Fort Worth, TX 76185-1842

State of Illinois Department of Emp.
P.O. Box 6996
Chicago, IL 60680-6996

Acs/wells Fargo
501 Bleecker St.
Utica, NY 13501-2401

Asset Acceptance
P.O. Box 2036
Warren, MI 48090-2036

Check N Go
P.O. Box 701 W. North Ave
Country Club Hills, IL 60477-0701

Fast and Reliable Cash Advance, LLC
2207 Concord Pike, Suite 946
Wilmington, DE 19803-2908

Langhorne Debt Solution
40 E. Main St, Suite 180
Newark, DE 19711-4639

Miramedrg
991 Oak Creek Drive
Lombard, IL 60148-6408

James L. Quarless
Robert J. Semrad and Associates
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Patrick J. Semrad
Robert J. Semrad and Associates
20 S. Clark St., Ste 2800
Chicago, IL 60603-1811

USA Webcash
505 N. Lasalle
Chicago, IL 60654-7198

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Eduardo Martinez<br><br>Debtor. | Chapter 7<br><br>Case No. 10 B 46051<br><br>Hon. Jack B. Schmetterer |

### APPLICATION OF SPECIAL PERSONAL INJURY COUNSEL IAN ZENZIPER OF GOLDBERG WEISMAN & CAIRO LTD FOR FINAL COMPENSATION AND EXPENSE REIMBURSEMENT

Ian Zenziper of Goldberg Weisman & Cairo Ltd. (collectively, "Zenziper"), personal injury counsel for David P. Leibowitz ("Trustee"), chapter 7 trustee of the bankruptcy estate ("Estate") of Eduardo Martinez ("Debtor"), seek final compensation in the amount of $17,500.00, an amount equal to thirty-five percent (35%) of the gross recovery of $50,000.00 – pursuant to a contingent fee agreement approved by this court on June 7, 2011. *See* Docket No. 25. Zenziper's services, as special personal injury counsel to the Trustee for representation in personal injury matters. Zenziper's services were beneficial to the bankruptcy Estate and are compensable under sections 330 (a) and 331 of the Bankruptcy Code. In support of this Application, the Trustee states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Internal Operating Procedure 15 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

### BACKGROUND OF THE CASE AND NATURE OF THE SERVICE PROVIDED

4. Debtor, by and through his attorney, filed a voluntary chapter 7 bankruptcy petition on October 15, 2010 (dkt. #1).

5.  David P. Leibowitz was thereafter appointed as the interim trustee for the Estate.

6.  On December 6, 2010, the first meeting of creditors was held and no trustee was elected. Therefore, the Trustee became the permanent trustee of the Debtors' estate.

7.  Prior to the commencement of this case, Debtor was in an automobile accident that occurred on May 27, 2009 ("Personal Injury Case") where the Debtor was the injured party. The claim was captioned: *Eduardo Martinez v. State Farm Insurance.*

8.  Zenziper's services consisted primarily of pursuit of Debtor's personal injury claims against State Farm Insurance.

9.  On June 7, 2011, Trustee received the Court's authorization to employ Ian Zenziper of Goldberg Weisman & Cairo Ltd as personal injury counsel to pursue the claim against State Farm on a contingency fee basis.

10. No time records are submitted in conjunction with this application because the Court approved the retention of Zenziper on a contingency basis. Zenziper's services provided a substantial recovery, resulting in payment of all creditors.

### REQUESTED RELIEF

11. Trustee requests that this Honorable Court enter an order allowing the estate to pay personal injury counsel: (1) $17,500.00, representing thirty-five percent (35%) of the gross recovery on the estate's personal injury claim; and (2) $243.10 for reimbursement of expenses.

12. Based on the services provided and the results achieved, Trustee believes that the allowance and payment of compensation and expense reimbursement in the amounts requested in this Application are reasonable and proper.

### THE REASONABLESNESS OF THE COMPENSATION REQUESTED

13. Section 330(a) of the Bankruptcy Code governs the compensation of professionals employed pursuant to section 327 of the Bankruptcy Code. It provides in pertinent part that:

> (A) Reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
> (B) Reimbursement for actual, necessary expenses.

11 U.S.C. § 327.

14. The value of professional services cannot be precisely determined by the application of a mathematical formula to a set of facts; rather the Court should consider the "ensemble" of services provided. *Matter of Continental Illinois Securities Litigation*, 962 F.2d 566, 572 (7th Cir. 1992).

15. Based on the extent, nature and value of the services rendered, the cost of comparable services in non-bankruptcy cases, the time spent on such services, and the results achieved to date, the compensation requested by Zenziper is fair and reasonable, and its allowance and payment in full is justified.

## NOTICE

16. Applicant has provided 21 days notice of this application to the Office of the United States Trustee, all creditors who have allowed claims in this case as well as to parties who have previously requested notice of pleadings and proceedings herein. Trustee requests that the Court waive any notice requirements pursuant to FED. R. BANKR. P. 2002(a)(2) and to find the notice period to be sufficient under the circumstances. Applicant suggests that no further notice is necessary and the Court should find that no other or further notice is required.

**WHEREFORE**, Trustee respectfully requests that this Court enter an Order (i) allowing Ian Zenziper of Goldberg Weisman & Cairo Ltd. compensation in the amount of $17,500.00 for professional services rendered on behalf of the Trustee; (ii) allowing reimbursement of expenses incurred in the amount of $243.10; (iii) authorizing the Trustee to pay all allowed compensation and expense reimbursement to special counsel; and (iv) granting such other and further relief as may be equitable in the circumstances.

*/s/ David P. Leibowitz*
David P. Leibowitz, Not individually but as the chapter 7 trustee of the Debtor's bankruptcy estate

David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216 · 847.249.9100