**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-46051-JBS |
| | § | |
| EDUARDO MARTINEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 05/31/2012, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/16/2012                     By:   /s/ David P. Leibowitz
                                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 10-46051-JBS
 §
EDUARDO MARTINEZ  §
 §
 §
 Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $55,000.00
*and approved disbursements of*  $40,422.92
*leaving a balance on hand of[1]:*  $14,577.08

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $14,577.08

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $4,750.00 | $0.00 | $4,750.00 |
| David P. Leibowitz, Trustee Expenses | $4.33 | $0.00 | $4.33 |
| Lakelaw, Attorney for Trustee Fees | $3,252.50 | $0.00 | $3,252.50 |
| Lakelaw, Attorney for Trustee Expenses | $25.08 | $0.00 | $25.08 |

Total to be paid for chapter 7 administrative expenses:  $8,031.91
Remaining balance:  $6,545.17

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,545.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,545.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,356.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $1,845.00 | $0.00 | $214.28 |
| 2 | Us Dept Of Education | $43,070.19 | $0.00 | $5,002.11 |
| 3 | Nelnet on behalf of the U.S. Dept. of ED | $11,441.37 | $0.00 | $1,328.78 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,545.17 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-46051-JBS
Eduardo Martinez  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: froman  Page 1 of 3  Date Rcvd: Apr 17, 2012
                Form ID: pdf006  Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2012.
```
db          +Eduardo Martinez,    2716 N.St. Louis Ave,    Chicago, IL 60647-1229
16278506    +500 Fast Cash,    2533 N. Carson St,    Box 5600,    Carson City, NV 89706-0242
16278507    +Acs/wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
16278508     Americash Loan,    7640 S. Cicero,    Chicago, IL 60629
16278511     Cash Jar,    PO Box 025250 #15050,    Miami, FL 33102-5250
16278512    +Cashnet,    333 NaamansRoad #15A,    Claymont, DE 19703-2808
16278513     Check 'N Go,    PO Box 701 W. North Ave,    Country Club Hills, IL 60478
16592031     Fast and Reliable Cash Advance, LLC,    2207 Concord Pike,    Suite 946,
              Wilmington, DE 19803-2908
16278518    +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
16278519     GECC DBA  Cash Direct Express,    Alliance Asst Management,    Wood Dale, IL 60191
16278520    +Langhorne Debt Solution,    40 E. Main St, Suite 180,    Newark, DE 19711-4639
16592032    +Las Vegas Cash Now,    11 S Water Street,    Suite A,    Henderson, NV 89015-2333
16278525    +PLS,    1617 N Cicero Ave # A,,    Chicago, IL 60639-4519
16278526    +SSM Group LLC,    PO Box 50191,    Minneapolis, MN 55405-0191
16278527    +Star Cash Processing,    P.O. Box 50191,    Minneapolis, MN 55405-0191
16278528    +State of Illinois Department of Emp,    PO Box 6996,    Chicago, IL 60680-6996
16278530    +USA Webcash,    505 N LaSalle,    Chicago, IL 60654-7198
16278529    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17642536     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 18 2012 03:36:24
              American InfoSource LP as agent for,    Check N Go,    PO Box 248838,
              Oklahoma City, OK  73124-8838
16278509    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 18 2012 01:22:02      Asset Acceptance,
              Po Box 2036,    Warren, MI 48090-2036
16278514    +E-mail/Text: electronicbkydocs@nelnet.net Apr 18 2012 07:13:09      Dept Of Education/neln,
              121 S 13th St,    Lincoln, NE 68508-1904
16278517    +E-mail/Text: bknotice@erccollections.com Apr 18 2012 07:13:17      Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16278521    +E-mail/Text: tjones@libertycreditservices.com Apr 18 2012 01:40:20      Liberty Credit Services,
              7668 150th St West,    Saint Paul, MN 55124-7888
16278522    +E-mail/Text: mmrgbk@miramedrg.com Apr 18 2012 07:12:43      Miramedrg,    991 Oak Creek Dr,
              Lombard, IL 60148-6408
17856574    +E-mail/Text: electronicbkydocs@nelnet.net Apr 18 2012 07:13:09
              Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
              Aurora, CO 80014-2904
16278524    +E-mail/Text: bankruptcy@thinkcash.com Apr 18 2012 01:24:11      Payday One,    PO Box 101842,
              Fort Worth, TX 76185-1842
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Goldberg, Weisman & Cairo, ltd
aty          Ian Zenziper
aty          Lakelaw
16278510     Brighton Financial
16278515*   +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
16278516*   +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
16278523*   +Miramedrg,    991 Oak Creek Dr,    Lombard, IL 60148-6408
                                                                                   TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: froman              Page 2 of 3            Date Rcvd: Apr 17, 2012
                              Form ID: pdf006           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2012**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: froman              Page 3 of 3                  Date Rcvd: Apr 17, 2012
                              Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Janna L Quarless   on behalf of Debtor Eduardo Martinez jquarless@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick J. Semrad   on behalf of Debtor Eduardo Martinez psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4