**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-46051-JBS |
| | § | |
| EDUARDO MARTINEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $4,965.00 |
| Total Distributions to Claimants: | $13,819.76 | Claims Discharged Without Payment: | $62,142.39 |
| Total Expenses of Administration: | $26,180.24 | | |

3) Total gross receipts of $55,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $15,000.00 (see **Exhibit 2),** yielded net receipts of $40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $7,274.59 | $7,274.59 | $7,274.59 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $26,180.24 | $26,180.24 | $26,180.24 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $12,331.00 | $56,356.56 | $56,356.56 | $6,545.17 |
| **Total Disbursements** | $12,331.00 | $89,811.39 | $89,811.39 | $40,000.00 |

4). This case was originally filed under chapter 7 on 10/15/2010. The case was pending for 22 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2012         By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case | 1129-000 | $55,000.00 |
| **TOTAL GROSS RECEIPTS** | | $55,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Eduardo Martinez | Exemptions | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $15,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueCross BlueShield of Illinois | 4120-000 | NA | $7,274.59 | $7,274.59 | $7,274.59 |
| **TOTAL SECURED CLAIMS** | | | NA | $7,274.59 | $7,274.59 | $7,274.59 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $4,750.00 | $4,750.00 | $4,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.33 | $4.33 | $4.33 |
| International Sureties, Ltd | 2300-000 | NA | $11.35 | $11.35 | $11.35 |
| Green Bank | 2600-000 | NA | $393.88 | $393.88 | $393.88 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,252.50 | $3,252.50 | $3,252.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $25.08 | $25.08 | $25.08 |
| Goldberg Weisman & Cairo Ltd. , Special Counsel for Trustee | 3210-600 | NA | $17,500.00 | $17,500.00 | $17,500.00 |
| Goldberg Weisman & Cairo Ltd. , Special | 3220-610 | NA | $243.10 | $243.10 | $243.10 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Counsel for Trustee | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $26,180.24 | $26,180.24 | $26,180.24 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | NA | $1,845.00 | $1,845.00 | $214.28 |
| 2 | Us Dept Of Education | 7100-000 | NA | $43,070.19 | $43,070.19 | $5,002.11 |
| 3 | Nelnet on behalf of the U.S. Dept. of ED | 7100-000 | NA | $11,441.37 | $11,441.37 | $1,328.78 |
| | 500 Fast Cash | 7100-000 | $200.00 | NA | NA | $0.00 |
| | Americash Loan | 7100-000 | $500.00 | NA | NA | $0.00 |
| | Asset Acceptance | 7100-000 | $664.00 | NA | NA | $0.00 |
| | Brighton Financial | 7100-000 | $200.00 | NA | NA | $0.00 |
| | Cash Jar | 7100-000 | $300.00 | NA | NA | $0.00 |
| | Cashnet | 7100-000 | $375.00 | NA | NA | $0.00 |
| | Check 'N Go | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| | Enhanced Recovery Co L | 7100-000 | $438.00 | NA | NA | $0.00 |
| | GECC DBA Cash Direct Express | 7100-000 | $400.00 | NA | NA | $0.00 |
| | Langhorne Debt Solution | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Liberty Credit Services | 7100-000 | $300.00 | NA | NA | $0.00 |
| | Miramedrg | 7100-000 | $545.00 | NA | NA | $0.00 |
| | Miramedrg | 7100-000 | $59.00 | NA | NA | $0.00 |
| | Payday One | 7100-000 | $750.00 | NA | NA | $0.00 |
| | PLS | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| | SSM Group LLC | 7100-000 | $300.00 | NA | NA | $0.00 |
| | Star Cash Processing | 7100-000 | $500.00 | NA | NA | $0.00 |
| | State of Illinois Department of | 7100-000 | $3,400.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Emp | | | | | |
| USA Webcash | 7100-000 | $400.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $12,331.00 | $56,356.56 | $56,356.56 | $6,545.17 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-46051-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MARTINEZ, EDUARDO | | Date Filed (f) or Converted (c): | 10/15/2010 (f) |
| For the Period Ending: | 8/13/2012 | | §341(a) Meeting Date: | 12/06/2010 |
| | | | Claims Bar Date: | 09/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash | $100.00 | $0.00 | DA | $0.00 | FA |
| 2 | Checking/Savings account being held by US Bank | $15.00 | $0.00 | DA | $0.00 | FA |
| 3 | Misc. Household Goods | $550.00 | $0.00 | DA | $0.00 | FA |
| 4 | Used Clothing | $250.00 | $0.00 | DA | $0.00 | FA |
| 5 | 2010 Anticipated Tax Refund | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | 1999 Chevy Camaro | $1,050.00 | $0.00 | DA | $0.00 | FA |
| 7 | Personal Injury Case | $0.00 | $50,000.00 | DA | $55,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$4,965.00    $50,000.00      $55,000.00    $0.00

**Major Activities affecting case closing:**
Fee application to pay PI attorney filed.
TFR to be completed after Motion to pay Blue Cross Blue Shield.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/31/2012 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2012 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-46051-JBS | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MARTINEZ, EDUARDO | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******3962 | | **Checking Acct #:** | ******5101 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/15/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/13/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/01/2011 | (7) | State Farm Mutual Automobile Insurance | Settlement funds. | 1129-000 | $50,000.00 | | $50,000.00 |
| 07/27/2011 | (7) | State Farm Mutual Automobile Insurance | Settlement | 1129-000 | $5,000.00 | | $55,000.00 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $71.31 | $54,928.69 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $88.63 | $54,840.06 |
| 08/31/2011 | 1001 | Eduardo Martinez | Exemptions claimed on Personal injury claim. | 8100-002 | | $15,000.00 | $39,840.06 |
| 09/28/2011 | 1002 | Goldberg Weisman & Cairo Ltd. | 35% compensation approved on 9/27/2011 | 3210-600 | | $17,500.00 | $22,340.06 |
| 09/28/2011 | 1003 | Goldberg Weisman & Cairo Ltd. | Reimbursement of Expenses per Court order entered on 9/27/2011. | 3220-610 | | $243.10 | $22,096.96 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $91.35 | $22,005.61 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $38.33 | $21,967.28 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $34.30 | $21,932.98 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $35.39 | $21,897.59 |
| 01/10/2012 | 1004 | BlueCross BlueShield of Illinois | Payment on Medical Lien per court order granted on 1/10/2012. | 4120-000 | | $7,274.59 | $14,623.00 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $34.57 | $14,588.43 |
| 02/16/2012 | 1005 | International Sureties, Ltd | Bond Payment | 2300-000 | | $11.35 | $14,577.08 |
| 06/01/2012 | 1006 | Lakelaw | Claim #: ; Amount Claimed: 3,252.50; Amount Allowed: 3,252.50; Distribution Dividend: 100.00; | 3110-000 | | $3,252.50 | $11,324.58 |
| 06/01/2012 | 1007 | Lakelaw | Claim #: ; Amount Claimed: 25.08; Amount Allowed: 25.08; Distribution Dividend: 100.00; | 3120-000 | | $25.08 | $11,299.50 |
| 06/01/2012 | 1008 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.33 | $11,295.17 |
| 06/01/2012 | 1009 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $4,750.00 | $6,545.17 |
| 06/01/2012 | 1010 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: 1,845.00; Amount Allowed: 1,845.00; Distribution Dividend: 11.61; | 7100-000 | | $214.28 | $6,330.89 |
| 06/01/2012 | 1011 | Us Dept Of Education | Claim #: 2; Amount Claimed: 43,070.19; Amount Allowed: 43,070.19; Distribution Dividend: 11.61; | 7100-000 | | $5,002.11 | $1,328.78 |
| 06/01/2012 | 1012 | Nelnet on behalf of the U.S. Dept. of ED | Claim #: 3; Amount Claimed: 11,441.37; Amount Allowed: 11,441.37; Distribution Dividend: 11.61; | 7100-000 | | $1,328.78 | $0.00 |

**SUBTOTALS** $55,000.00 $55,000.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-46051-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MARTINEZ, EDUARDO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3962 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/15/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | TOTALS: | | $55,000.00 | $55,000.00 | $0.00 |
| | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | Subtotal | | $55,000.00 | $55,000.00 | |
| | | Less: Payments to debtors | | $0.00 | $15,000.00 | |
| | | Net | | $55,000.00 | $40,000.00 | |

**For the period of 10/15/2010 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/01/2011 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-46051-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MARTINEZ, EDUARDO | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3962 | Checking Acct #: | ******5101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/15/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/13/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $55,000.00 | $55,000.00 | $0.00 |

**For the period of 10/15/2010 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/15/2010 to 8/13/2012**

| | |
|---|---|
| Total Compensable Receipts: | $55,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $55,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $40,000.00 |
| Total Non-Compensable Disbursements: | $15,000.00 |
| Total Comp/Non Comp Disbursements: | $55,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |